# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

Fausto Medina Guity
Plaintiff,

v.                                                  Case No.: 1:23–cv–00240–JJM–PAS

Kilolo Kijakazi
Defendant.

## **JUDGMENT**

     This action came to be heard before the Court and, after due consideration of the parties' arguments and review of the administrative record, a decision has been rendered. Upon consideration whereof, it is now here ordered, adjudged and decreed as follows:

     The decision of the Commissioner is reversed and this matter is remanded in accordance with sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the ruling issued this day.

September 25, 2023                              By the Court:

                                                           /s/ Hanorah Tyer–Witek, Clerk of Court